# Earnings Statement

**Exelon.**

Exelon Nuclear Security LLC
Exelon - Payroll Services
P.O. Box 4647
Chicago, IL 60680

| | |
|---|---|
| Page | 001 of 002 |
| Period Beg/End: | 07/08/2019 - 07/21/2019 |
| Advice Date: | 07/30/2019 |
| Advice Number: | 0000000717 |
| Batch Number: | 251111813704 |

Employee ID052918
Helpdesk1.877.7EXELON

Archer, Chad Michael
10 Lee drive
Pottstown, PA 19464

Basis of Pay: Hourly
Pay Rate: 31.11

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| AIP | | | 0.00 | 4444.27 |
| COPPayment | | | 0.00 | 0.60 |
| COPPaymentR | | | 0.00 | 11.20 |
| CallOffShNt | | | 0.00 | 248.88 |
| GU_GiftCert | | | 0.00 | 15.00 |
| HolWrkd_TH | | | 0.00 | 388.88 |
| HolWrkd_THP | | | 0.00 | 194.44 |
| Hol_Company | | | 0.00 | 1493.28 |
| Hol_Float R | | | 0.00 | 373.32- |
| Hol_Float | | | 0.00 | 1119.96 |
| Overtime@.5 | 15.5550 | 10.25 | 159.45 | 1042.25 |
| Overtime@1 | 31.1100 | 10.25 | 318.89 | 2084.47 |
| RegAddlN401 | 31.1100 | 2.75 | 85.56 | 1291.15 |
| Regular | 31.1100 | 76.00 | 2364.36 | 25354.64 |
| RegularRetro | | | 0.00 | 342.21 |
| Reimb_Concur | | | 0.00 | 199.99 |
| Shft12HR_TH | 31.1100 | 8.00 | 248.88 | 1462.18 |
| Shft12HR_THP | 15.5550 | 8.00 | 124.44 | 731.09 |
| Sick | | | 0.00 | 1835.49 |
| TimeOffWPay | | | 0.00 | 3235.44 |
| TimeOffWPayR | | | 0.00 | 746.64 |
| Vacation | | | 0.00 | 2986.56 |
| **Gross Pay** | | **115.25** | **3301.58** | **48655.31** |

| Taxes | | |
|---|---|---|
| FIT | 301.76 | 4581.11 |
| Medicare Employee | 44.84 | 660.47 |
| Social Security Employee | 191.76 | 2824.09 |
| PASIT | 94.71 | 1401.33 |
| PASUI Employee | 1.98 | 29.21 |

| Other Deductions | This Period | Year-to-Date |
|---|---|---|
| **Deductions** | | |
| *Dental (D) | 10.40 | 156.00 |
| *E401K | 0.00 | 1855.08 |
| *Medical (D) | 186.48 | 2797.20 |
| *SupLTD70PreD | 11.29 | 169.35 |
| *VisionHrng_D | 8.28 | 124.20 |
| DepdLf_Ch_D | 1.20 | 18.00 |
| DepdLf_Sp_D | 3.46 | 51.90 |
| E401K Loan | 146.78 | 2554.11 |
| Employee Giving | 5.00 | 75.00 |
| FitDLimrick | 6.00 | 90.00 |
| Fit_AAEEOnly | 0.00 | 32.00 |
| Stk_EEStkPur | 130.66 | 1290.46 |
| Supp_ADD_D | 6.00 | 90.00 |
| Supple_LifeD | 4.80 | 72.00 |
| UnionDues | 0.00 | 328.44 |
| StateTaxLevy | 0.00 | 65.00 |
| **Total Deductions** | **520.35** | **9768.74** |
| **Net Pay** | **2111.32** | **29068.20** |

| Imputed Income | | |
|---|---|---|
| Imp GTL 50K | 7.75 | 116.25 |
| ImpIncGftCer | 0.00 | 25.00 |
| ImpIncStkDis | 0.00 | 212.80 |

| Company-Paid Deds | | |
|---|---|---|
| BasLfInsur_A | 3.63 | 54.45 |
| Dental (A) | 24.28 | 364.20 |
| E401K Employer Ma | 0.00 | 1549.26 |

*Excluded from taxable wages

© 2002 AutomaticData Processing (PCSUVO)

---

**Exelon.** Exelon Nuclear Security LLC
Exelon -Payroll Services
P.O. Box 4647
Chicago, IL 60680

| | |
|---|---|
| Advice Number: | 0000000717 |
| Advice Date: | 07/30/2019 |

**THIS IS NOT A CHECK**

| Deposited to the account of | | Account Number | Transit ABA | Amount |
|---|---|---|---|---|
| Archer, Chad Michael | Checking | XXXXX2654 | | $105.67 |
| | Checking | XXXXXX2178 | | $1796.33 |
| | Checking | XXXXXX8206 | | $211.32 |

# Earnings Statement

Exelon.

Exelon Nuclear Security LLC
Exelon - Payroll Services
P.O. Box 4647
Chicago, IL 60680

| | |
|---|---|
| Page | 002 of 002 |
| Period Beg/End: | 07/08/2019 – 07/21/2019 |
| Advice Date: | 07/30/2019 |
| Advice Number: | 0000000717 |
| Batch Number: | 251111813704 |

Employee ID052918
Helpdesk1.877.7EXELON

Archer, Chad Michael
10 Lee drive
Pottstown, PA 19464

Basis of Pay: Hourly
Pay Rate: 31.11

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| City(PAMontgomeryLower    Pottsgro | | | 15.43 | 228.24 |
| City(PAMontgomeryLimerick    Towns | | | 0.00 | 35.67 |
| Head Tax(PAMontgomeryLimerick    T | | | 2.00 | 30.00 |
| School Withheld- PA Pottsgrove | | | 15.43 | 228.24 |
| Total Taxes | | | 667.91 | 10018.36 |

| Other Deductions | This Period | Year-to-Date |
|---|---|---|
| LongTermDisA | 9.37 | 140.55 |
| Medical (A) | 717.09 | 10756.35 |

| PTO | Accrued | Taken | Balance |
|---|---|---|---|
| Vacation | 120.00 | 96.00 | 24.00 |
| Annual Eligibility | | | 136.00 |
| Sick | 60.00 | 59.00 | 1.00 |
| Floating | 36.00 | 24.00 | 12.00 |

**Direct Deposits**

| | | |
|---|---|---|
| Checking | XXXXX2654 | 105.67 |
| Checking | XXXXXX2178 | 1796.33 |
| Checking | XXXXXX8206 | 211.32 |

*Excluded from taxable wages

© 2002 AutomaticData Processing (PCSUVO)

Exelon.


THIS IS NOT A CHECK

# Exelon.

**Earnings Statement**

Exelon Nuclear Security LLC
Exelon - Payroll Services
P.O. Box 4647
Chicago, IL 60680

Page 001 of 002
Period Beg/End:   08/05/2019 - 08/18/2019
Advice Date:      08/27/2019
Advice Number:    0000000706
Batch Number:     220723958822

Employee ID052918
Helpdesk1.877.7EXELON

Archer, Chad Michael
10 Lee drive
Pottstown, PA 19464

Basis of Pay: Hourly
Pay Rate: 31.11

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| AIP | | | 0.00 | 4444.27 |
| COPPayment | | | 0.00 | 0.60 |
| COPPaymentR | | | 0.00 | 11.20 |
| CallOffShNt | | | 0.00 | 248.88 |
| GU_GiftCert | | | 0.00 | 15.00 |
| HolWrkd_TH | | | 0.00 | 388.88 |
| HolWrkd_THP | | | 0.00 | 194.44 |
| Hol_Company | | | 0.00 | 1493.28 |
| Hol_Float R | | | 0.00 | 373.32- |
| Hol_Float | | | 0.00 | 1119.96 |
| Overtime@.5 | | | 0.00 | 1065.59 |
| Overtime@1 | | | 0.00 | 2131.15 |
| RegAdd1N401 | 31.1100 | 13.50 | 420.00 | 1858.93 |
| Regular | 31.1100 | 60.00 | 1866.60 | 29562.27 |
| RegularRetro | | | 0.00 | 342.21 |
| Reimb_Concur | | | 0.00 | 199.99 |
| Shft12HR_TH | | | 0.00 | 1711.06 |
| Shft12HR_THP | | | 0.00 | 855.53 |
| Sick | | | 0.00 | 1858.82 |
| TimeOffWPay | | | 0.00 | 3235.44 |
| TimeOffWPayR | | | 0.00 | 746.64 |
| Vacation | 31.1100 | 24.00 | 746.64 | 3733.20 |
| **Gross Pay** | | **97.50** | **3033.24** | **54644.03** |

**Taxes**

| | This Period | Year-to-Date |
|---|---|---|
| FIT | 269.56 | 5116.78 |
| Medicare Employee | 40.96 | 741.26 |
| Social Security Employee | 175.12 | 3169.51 |
| PASIT | 86.48 | 1573.40 |
| PASUI Employee | 1.82 | 32.80 |

| Other Deductions | This Period | Year-to-Date |
|---|---|---|
| **Deductions** | | |
| *Dental (D) | 10.40 | 176.80 |
| *E401K | 0.00 | 1855.08 |
| *Medical (D) | 186.48 | 3170.16 |
| *SupLTD70PreD | 11.29 | 191.93 |
| *VisionHrng_D | 8.28 | 140.76 |
| DepdLf_Ch_D | 1.20 | 20.40 |
| DepdLf_Sp_D | 3.46 | 58.82 |
| E401K Loan | 146.78 | 2847.67 |
| Employee Giving | 5.00 | 85.00 |
| FitDLimrick | 6.00 | 102.00 |
| Fit_AAEEOnly | 0.00 | 32.00 |
| Stk_EEStkPur | 130.66 | 1551.78 |
| Supp_ADD_D | 6.00 | 102.00 |
| Supple_LifeD | 4.80 | 81.60 |
| UnionDues | 46.92 | 375.36 |
| StateTaxLevy | 0.00 | 65.00 |
| **Total Deductions** | **567.27** | **10856.36** |
| **Net Pay** | **1861.97** | **32771.72** |
| **Imputed Income** | | |
| Imp GTL 50K | 7.75 | 131.75 |
| ImpIncGftCer | 0.00 | 25.00 |
| ImpIncStkDis | 0.00 | 261.85 |
| **Company-Paid Deds** | | |
| BasLfInsur_A | 3.63 | 61.71 |
| Dental (A) | 24.28 | 412.76 |
| E401K Employer Ma | 0.00 | 1549.26 |

*Excluded from taxable wages

© 2002 AutomaticData Processing (PCSUVO)

---

# Exelon.

Exelon Nuclear Security LLC
Exelon -Payroll Services
P.O. Box 4647
Chicago, IL 60680

Advice Number: 0000000706
Advice Date: 08/27/2019


THIS IS NOT A CHECK

| Deposited to the account of | Account Number | Transit ABA | Amount |
|---|---|---|---|
| Archer, Chad Michael | Checking XXXXX2654 | | $93.10 |
| | Checking XXXXXX2178 | | $1582.59 |
| | Checking XXXXXX8206 | | $186.18 |

# Earnings Statement

**Exelon.**

Exelon Nuclear Security LLC  
Exelon - Payroll Services  
P.O. Box 4647  
Chicago, IL 60680  

Page 002 of 002  
Period Beg/End: 08/05/2019 - 08/18/2019  
Advice Date: 08/27/2019  
Advice Number: 0000000706  
Batch Number: 220723958822  

Archer, Chad Michael  
10 Lee drive  
Pottstown, PA 19464  

Employee ID052918  
Helpdesk1.877.7EXELON  

Basis of Pay: Hourly  
Pay Rate: 31.11  

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| City(PAMontgomeryLower Pottsgro | | | 14.08 | 256.26 |
| City(PAMontgomeryLimerick Towns | | | 0.00 | 35.67 |
| Head Tax(PAMontgomeryLimerick T | | | 2.00 | 34.00 |
| School Withheld- PA Pottsgrove | | | 14.08 | 256.26 |
| Total Taxes | | | 604.10 | 11215.94 |

| Other Deductions | This Period | Year-to-Date |
|---|---|---|
| LongTermDisA | 9.37 | 159.29 |
| Medical (A) | 717.09 | 12190.53 |

| PTO | Accrued | Taken | Balance |
|---|---|---|---|
| Vacation | 120.00 | 120.00 | 0.00 |
| Annual Eligibility | | | 136.00 |
| Sick | 60.00 | 59.75 | 0.25 |
| Floating | 36.00 | 24.00 | 12.00 |

**Direct Deposits**

| Checking | XXXXX2654 | 93.10 |
|---|---|---|
| Checking | XXXXXX2178 | 1582.59 |
| Checking | XXXXXX8206 | 186.18 |

*Excluded from taxable wages

© 2002 AutomaticData Processing (PCSUVO)





THIS IS NOT A CHECK

# Earnings Statement

**Exelon.**

Exelon Nuclear Security LLC
Exelon - Payroll Services
P.O. Box 4647
Chicago, IL 60680

Page 001 of 002
Period Beg/End: 08/19/2019 - 09/01/2019
Advice Date: 09/10/2019
Advice Number: 0000000442
Batch Number: 050843096884

Employee ID052918
Helpdesk 1.877.7EXELON

Archer, Chad Michael
10 Lee drive
Pottstown, PA 19464

Basis of Pay: Hourly
Pay Rate: 31.11

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| AIP | | | 0.00 | 4444.27 |
| COPPayment | | | 0.00 | 0.60 |
| COPPaymentR | | | 0.00 | 11.20 |
| CallOffShNt | | | 0.00 | 248.88 |
| GU_GiftCert | | | 0.00 | 15.00 |
| HolWrkd_TH | | | 0.00 | 388.88 |
| HolWrkd_THP | | | 0.00 | 194.44 |
| Hol_Company | | | 0.00 | 1493.28 |
| Hol_Float_R | | | 0.00 | 373.32- |
| Hol_Float | | | 0.00 | 1119.96 |
| Overtime@.5 | 15.5550 | 1.00 | 15.56 | 1081.15 |
| Overtime@1 | 31.1100 | 1.00 | 31.12 | 2162.27 |
| RegAddlN401 | 31.1100 | 1.00 | 31.12 | 1890.05 |
| Regular | 31.1100 | 76.00 | 2364.36 | 31926.63 |
| RegularRetro | | | 0.00 | 342.21 |
| Reimb_Concur | | | 0.00 | 199.99 |
| Shft12HR_TH | 31.1100 | 8.00 | 248.88 | 1959.94 |
| Shft12HR_THP | 15.5550 | 8.00 | 124.44 | 979.97 |
| Sick | | | 0.00 | 1858.82 |
| TimeOffWPay | | | 0.00 | 3235.44 |
| TimeOffWPayR | | | 0.00 | 746.64 |
| Vacation | | | 0.00 | 3733.20 |
| **Gross Pay** | | **95.00** | **2815.48** | **57459.51** |

| Taxes | | | |
|---|---|---|---|
| FIT | | 243.43 | 5360.21 |
| Medicare Employee | | 37.79 | 779.05 |
| Social Security Employee | | 161.62 | 3331.13 |
| PASIT | | 79.79 | 1653.19 |
| PASUI Employee | | 1.69 | 34.49 |

| Other Deductions | This Period | Year-to-Date |
|---|---|---|
| **Deductions** | | |
| *Dental (D) | 10.40 | 187.20 |
| *E401K | 0.00 | 1855.08 |
| *Medical (D) | 186.48 | 3356.64 |
| *SupLTD70PreD | 11.29 | 203.22 |
| *VisionHrng_D | 8.28 | 149.04 |
| DepdLf_Ch_D | 1.20 | 21.60 |
| DepdLf_Sp_D | 3.46 | 62.28 |
| E401K Loan | 146.78 | 2994.45 |
| Employee Giving | 5.00 | 90.00 |
| FitDLimrick | 6.00 | 108.00 |
| Fit_AAEEOnly | 0.00 | 32.00 |
| Stk_EEStkPur | 130.66 | 1682.44 |
| Supp_ADD_D | 6.00 | 108.00 |
| Supple_LifeD | 4.80 | 86.40 |
| UnionDues | 0.00 | 375.36 |
| StateTaxLevy | 0.00 | 65.00 |
| **Total Deductions** | **520.35** | **11376.71** |
| **Net Pay** | **1742.81** | **34514.53** |

| Imputed Income | | |
|---|---|---|
| Imp GTL 50K | 7.75 | 139.50 |
| ImpIncGftCer | 0.00 | 25.00 |
| ImpIncStkDis | 0.00 | 261.85 |

| Company-Paid Deds | | |
|---|---|---|
| BasLfInsur_A | 3.63 | 65.34 |
| Dental (A) | 24.28 | 437.04 |
| E401K Employer Ma | 0.00 | 1549.26 |

*Excluded from taxable wages

© 2002 Automatic Data Processing (PCSUVO)

---

**Exelon.** Exelon Nuclear Security LLC
Exelon -Payroll Services
P.O. Box 4647
Chicago, IL 60680

Advice Number: 0000000442
Advice Date: 09/10/2019

**Deposited to the account of** | Account Number | Transit ABA | Amount
Archer, Chad Michael
Checking XXXXX2654 — $87.15
Checking XXXXXX2178 — $1481.39
Checking XXXXXX8206 — $174.27

THIS IS NOT A CHECK

# Earnings Statement

**Exelon**

Exelon Nuclear Security LLC
Exelon - Payroll Services
P.O. Box 4647
Chicago, IL 60680

Page 002 of 002
Period Beg/End:   08/19/2019 - 09/01/2019
Advice Date:     09/10/2019
Advice Number:   0000000442
Batch Number:    050843096884

Employee ID052918
Helpdesk1.877.7EXELON

Archer, Chad Michael
10 Lee drive
Pottstown, PA 19464

Basis of Pay:   Hourly
Pay Rate:       31.11

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| City(PAMontgomeryLimerick Towns | | | 0.00 | 35.67 |
| Head Tax(PAMontgomeryLimerick T | | | 2.00 | 36.00 |
| City(PAMontgomeryLower Pottsgro | | | 13.00 | 269.26 |
| School Withheld- PA Pottsgrove | | | 13.00 | 269.26 |
| Total Taxes | | | 552.12 | 11768.26 |

| Other Deductions | This Period | Year-to-Date |
|---|---|---|
| LongTermDisA | 9.37 | 168.66 |
| Medical (A) | 717.09 | 12907.62 |

| PTO | Accrued | Taken | Balance |
|---|---|---|---|
| Vacation | 120.00 | 120.00 | 0.00 |
| Annual Eligibility | | | 136.00 |
| Sick | 60.00 | 59.75 | 0.25 |
| Floating | 36.00 | 24.00 | 12.00 |

**Direct Deposits**

| | | |
|---|---|---|
| Checking | XXXXX2654 | 87.15 |
| Checking | XXXXXX2178 | 1481.39 |
| Checking | XXXXXX8206 | 174.27 |

*Excluded from taxable wages

© 2002 AutomaticData Processing (PCSUVO)





# Earnings Statement

**Exelon.**

Exelon Nuclear Security LLC
Exelon - Payroll Services
P.O. Box 4647
Chicago, IL 60680

Page 001 of 002
Period Beg/End: 09/02/2019 - 09/15/2019
Advice Date: 09/24/2019
Advice Number: 0000000408
Batch Number: 190712444798

Employee ID052918
Helpdesk1.877.7EXELON

Archer, Chad Michael
10 Lee drive
Pottstown, PA 19464

Basis of Pay: Hourly
Pay Rate: 31.11

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| AIP | | | 0.00 | 4444.27 |
| COPPayment | | | 0.00 | 0.60 |
| COPPaymentR | | | 0.00 | 11.20 |
| CallOffShNt | | | 0.00 | 248.88 |
| GU_GiftCert | | | 0.00 | 15.00 |
| Hol Wrkd_DT | 31.1100 | 12.25 | 381.10 | 381.10 |
| Hol Wrkd_DTP | 31.1100 | 12.25 | 381.10 | 381.10 |
| HolWrkd_TH | | | 0.00 | 388.88 |
| HolWrkd_THP | | | 0.00 | 194.44 |
| Hol_Company | 31.1100 | 8.00 | 248.88 | 1742.16 |
| Hol_Float R | | | 0.00 | 373.32- |
| Hol_Float | | | 0.00 | 1119.96 |
| Overtime@.5 | 15.5550 | 12.75 | 198.34 | 1279.49 |
| Overtime@1 | 31.1100 | 12.75 | 396.66 | 2558.93 |
| RegAddlN401 | | | 0.00 | 1890.05 |
| Regular | 31.1100 | 67.75 | 2107.70 | 34034.33 |
| RegularRetro | | | 0.00 | 342.21 |
| Reimb_Concur | | | 0.00 | 199.99 |
| Shft12HR_TH | 31.1100 | 16.25 | 505.54 | 2465.48 |
| Shft12HR_THP | 15.5550 | 16.25 | 252.77 | 1232.74 |
| Sick | | | 0.00 | 1858.82 |
| TimeOffWPay | | | 0.00 | 3235.44 |
| TimeOffWPayR | | | 0.00 | 746.64 |
| Vacation | | | 0.00 | 3733.20 |
| **Gross Pay** | | **158.25** | **4472.09** | **61931.60** |

**Taxes**

| | | |
|---|---|---|
| FIT | 519.52 | 5879.73 |
| Medicare Employee | 61.82 | 840.87 |
| Social Security Employee | 264.33 | 3595.46 |

| Other Deductions | This Period | Year-to-Date |
|---|---|---|
| **Deductions** | | |
| *Dental (D) | 10.40 | 197.60 |
| *E401K | 0.00 | 1855.08 |
| *Medical (D) | 186.48 | 3543.12 |
| *SupLTD70PreD | 11.29 | 214.51 |
| *VisionHrng_D | 8.28 | 157.32 |
| DepdLf_Ch_D | 1.20 | 22.80 |
| DepdLf_Sp_D | 3.46 | 65.74 |
| E401K Loan | 146.78 | 3141.23 |
| Employee Giving | 5.00 | 95.00 |
| FitDLimrick | 6.00 | 114.00 |
| Fit_AAEEOnly | 0.00 | 32.00 |
| Stk_EEStkPur | 143.11 | 1825.55 |
| Supp_ADD_D | 6.00 | 114.00 |
| Supple_LifeD | 4.80 | 91.20 |
| UnionDues | 46.92 | 422.28 |
| StateTaxLevy | 0.00 | 65.00 |
| **Total Deductions** | **579.72** | **11956.43** |
| **Net Pay** | **2868.81** | **17383.34** |

**Imputed Income**

| | | |
|---|---|---|
| Imp GTL 50K | 7.75 | 147.25 |
| ImpIncGftCer | 0.00 | 25.00 |
| ImpIncStkDis | 0.00 | 261.85 |

**Company-Paid Deds**

| | | |
|---|---|---|
| BasLfInsur_A | 3.63 | 68.97 |
| Dental (A) | 24.28 | 461.32 |
| E401K Employer Ma | 0.00 | 1549.26 |

*Excluded from taxable wages

© 2002 AutomaticData Processing (PCSUV0)

---

**Exelon.** Exelon Nuclear Security LLC
Exelon -Payroll Services
P.O. Box 4647
Chicago, IL 60680

Advice Number: 0000000408
Advice Date: 09/24/2019

**THIS IS NOT A CHECK**

| Deposited to the account of | Account Number | Transit ABA | Amount |
|---|---|---|---|
| Archer, Chad Michael | Checking XXXXX2654 | | $143.45 |
| | Checking XXXXXX2178 | | $2438.49 |
| | Checking XXXXXX8206 | | $286.87 |

# Exelon. Earnings Statement

| | |
|---|---|
| Exelon Nuclear Security LLC | Page 002 of 002 |
| Exelon - Payroll Services | Period Beg/End: 09/02/2019 - 09/15/2019 |
| P.O. Box 4647 | Advice Date: 09/24/2019 |
| Chicago, IL 60680 | Advice Number: 0000000408 |
| | Batch Number: 190712444798 |

Employee ID052918
Helpdesk1.877.7EXELON

Archer, Chad Michael
10 Lee drive
Pottstown, PA 19464

Basis of Pay: Hourly
Pay Rate: 31.11

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| PASIT | | | 130.65 | 1783.84 |
| PASUI Employee | | | 2.68 | 37.17 |
| City(PAMontgomeryLower Pottsgro | | | 21.28 | 290.54 |
| City(PAMontgomeryLimerick Towns | | | 0.00 | 35.67 |
| Head Tax(PAMontgomeryLimerick T | | | 2.00 | 38.00 |
| School Withheld- PA Pottsgrove | | | 21.28 | 290.54 |
| Total Taxes | | | 1023.56 | 12791.82 |

| Other Deductions | This Period | Year-to-Date |
|---|---|---|
| LongTermDisA | 9.37 | 178.03 |
| Medical (A) | 717.09 | 13624.71 |

| PTO | Accrued | Taken | Balance |
|---|---|---|---|
| Vacation | 120.00 | 120.00 | 0.00 |
| Annual Eligibility | | | 136.00 |
| Sick | 60.00 | 59.75 | 0.25 |
| Floating | 36.00 | 24.00 | 12.00 |

**Direct Deposits**
| | | |
|---|---|---|
| Checking | XXXXX2654 | 143.45 |
| Checking | XXXXXX2178 | 2438.49 |
| Checking | XXXXXX8206 | 286.87 |

*Excluded from taxable wages

© 2002 AutomaticData Processing (PCSUTO)



Exelon.

THIS IS NOT A CHECK

# Exelon

**Earnings Statement**

Exelon Nuclear Security LLC
Exelon - Payroll Services
P.O. Box 4647
Chicago, IL 60680

Page 001 of 003
Period Beg/End: 09/30/2019 - 10/13/2019
Advice Date: 10/22/2019
Advice Number: 0000000399
Batch Number: 170938406811

Employee ID052918
Helpdesk 1.877.7EXELON

Archer, Chad Michael
10 Lee drive
Pottstown, PA 19464

Basis of Pay: Hourly
Pay Rate: 31.11

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| AIP | | | 0.00 | 4444.27 |
| COPPayment | | | 0.00 | 2.44 |
| CallOffShNt | | | 248.88 | 497.76 |
| GU_GiftCert | | | 0.00 | 15.00 |
| Hol Wrkd_DT | | | 0.00 | 381.10 |
| Hol Wrkd_DTP | | | 0.00 | 381.10 |
| HolWrkd_TH | | | 0.00 | 388.88 |
| HolWrkd_THP | | | 0.00 | 194.44 |
| Hol_Company | | | 0.00 | 1742.16 |
| Hol_Float R | | | 0.00 | 373.32- |
| Hol_Float | 31.1100 | 12.00 | 373.32 | 1493.28 |
| Overtime@.5 | 15.5550 | 7.25 | 112.79 | 1547.85 |
| Overtime@1 | 31.1100 | 7.25 | 225.56 | 3095.61 |
| RegAddlN401 | | | 0.00 | 2014.49 |
| Regular | 31.1100 | 52.00 | 1617.72 | 38016.41 |
| RegularRetro | | | 0.00 | 342.21 |
| Reimb_Concur | | | 0.00 | 199.99 |
| Shft12HR_TH | 31.1100 | 8.00 | 248.88 | 2963.24 |
| Shft12HR_THP | 15.5550 | 8.00 | 124.44 | 1481.62 |
| Sick | | | 0.00 | 1858.82 |
| TimeOffWPay | | | 0.00 | 3235.44 |
| TimeOffWPayR | | | 0.00 | 746.64 |
| Vacation | | | 0.00 | 3733.20 |
| COPPaymentR | | | 9.59 | |
| **Gross Pay** | | **94.50** | **2961.18** | **68223.43** |

Bold lines include retroactive earnings detailed below

**Taxes**
| | | | |
|---|---|---|---|
| FIT | | 285.80 | 6470.78 |
| Medicare Employee | | 39.91 | 926.05 |

| Other Deductions | This Period | Year-to-Date |
|---|---|---|
| **Deductions** | | |
| *Dental (D) | 10.40 | 218.40 |
| *E401K | 0.00 | 1855.08 |
| *Medical (D) | 186.48 | 3916.08 |
| *SupLTD70PreD | 11.29 | 237.09 |
| *VisionHrng_D | 8.28 | 173.88 |
| DepdLf_Ch_D | 1.20 | 25.20 |
| DepdLf_Sp_D | 3.46 | 72.66 |
| E401K Loan | 146.78 | 3434.79 |
| Employee Giving | 5.00 | 105.00 |
| FitDLimrick | 6.00 | 126.00 |
| Fit_AAEEOnly | 0.00 | 32.00 |
| Stk_EEStkPur | 112.00 | 2068.21 |
| Supp_ADD_D | 6.00 | 126.00 |
| Supple_LifeD | 4.80 | 100.80 |
| UnionDues | 46.92 | 469.20 |
| StateTaxLevy | 0.00 | 65.00 |
| **Total Deductions** | **548.61** | **13025.39** |
| **Net Pay** | **1800.72** | **41319.53** |

**Imputed Income**
| | | |
|---|---|---|
| Imp GTL 50K | 7.75 | 162.75 |
| ImpIncGftCer | 0.00 | 25.00 |
| ImpIncStkDis | 0.00 | 261.85 |

**Company-Paid Deds**
| | | |
|---|---|---|
| BasLfInsur_A | 3.63 | 76.23 |
| Dental (A) | 24.28 | 509.88 |
| E401K Employer Ma | 0.00 | 1549.26 |

*Excluded from taxable wages

© 2002 AutomaticData Processing (PCSUVO)

---

# Exelon

Exelon Nuclear Security LLC
Exelon -Payroll Services
P.O. Box 4647
Chicago, IL 60680

Advice Number: 0000000399
Advice Date: 10/22/2019

**THIS IS NOT A CHECK**

| Deposited to the account of | | Account Number | Transit ABA | Amount |
|---|---|---|---|---|
| Archer, Chad Michael | Checking | XXXXX2654 | | $90.04 |
| | Checking | XXXXXX2178 | | $1530.62 |
| | Checking | XXXXXX8206 | | $180.06 |