IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Chad M. Archer and | : | Chapter 13 |
| Emily Archer, | : | |
| Debtors | : | No. : 19-16854-mdc |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
**Hearing to be Held:**
**Date:  February 11, 2020**
**Time:  10:30am**
**Place: United States Bankruptcy Court**
 **Eastern District of Pennsylvania**
 **Courtroom #2**
 **Robert N.C. Nix Sr. Federal Courthouse**
 **900 Market Street**
 **Philadelphia, PA 19107**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF DEBTOR'S OBJECTION TO CLAIM NO. 3 BY DEBTOUTLET, LLC

Chad M. Archer and Emily Archer, Debtors, by and through undersigned counsel, have filed an objection to the proof of claim you filed in this bankruptcy case.

**Your claim may be reduced, modified, or eliminated**. **You should read these papers carefully and discuss them with your attorney, if you have one**.

If you do not want the court to eliminate or change your claim, or if you want the court to consider your views, you or your lawyer must attend the hearing on the objection scheduled to be held before the Honorable Magdeline D. Coleman, United States Bankruptcy Judge on **February 11, 2020 at 10:30am** at the following location:

United States Bankruptcy Court
Eastern District of Pennsylvania
Courtroom #2
Robert N.C. Nix Sr. Federal Courthouse
900 Market Street
Philadelphia, PA 19107

**ROSS, QUINN & PLOPPERT, P.C.**

BY: */s/ Joseph Quinn*
Joseph Quinn, Esquire
Attorney I.D. No. 307467
192 S. Hanover Street, Suite 101
Pottstown, PA  19464
T: (610) 323 - 5300
F: (610) 323 - 6081
Date: January 3, 2020    JQuinn@rqplaw.com