IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Chad M. Archer and | : | Chapter 13 |
| Emily Archer, | : | |
| Debtors | : | No. : 19-16854-mdc |

## CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, Counsel for Debtor, hereby certify that a true and correct copy of the Objection to Proof of Claim 3 filed by Debtoutlet, LLC, along with Notice of Objection filed on January 3, 2020 has been served upon the following by the means stated:

***Via ECF on January 3, 2020:***

William C. Miller, Esq., Chapter 13 Trustee
ecfemails@ph13trustee.com, philaecf@gmail.com

Rebecca Ann Solarz, Esquire on behalf of RoundPoint Mortgage Servicing Corporation
bkgroup@kmllawgroup.com

Martin A. Mooney, Esquire on behalf of TD Auto Finance LLC
kcollins@schillerknapp.com, acarmany@schillerknapp.com;bfisher@schillerknapp.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

***Via United States Mail, Postage Prepaid on January 3, 2020:***

George Bechakas, Managing Member
Debtoutlet, LLC
7954 Transit Road #136SE
Williansville, NY 14221

                                                **ROSS, QUINN & PLOPPERT, P.C.**

                                      BY:   */s/ Joseph Quinn*
                                                        Joseph Quinn, Esquire
                                                        Attorney I.D. No. 307467
                                                        192 S. Hanover Street, Suite 101
                                                        Pottstown, PA  19464
                                                        T: (610) 323-5300
                                                         F: (610) 323-6081
Date:  January 3, 2020                                  JQuinn@rqplaw.com