# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 19-16854-MDC

CHAD M ARCHER
EMILY ARCHER
10 LEE DRIVE

POTTSTOWN, PA 19464-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    CHAD M ARCHER
    EMILY ARCHER
    10 LEE DRIVE

    POTTSTOWN, PA 19464-

**Counsel for debtor(s), by electronic notice only.**
    JOSEPH L QUINN, ESQ
    ROSS, QUINN, & PLOPPERT, P.C.
    192 S. HANOVER ST., STE #101
    POTTSTOWN, PA 19464-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA 19107

                                              /s/ William C. Miller

Date: 2/10/2020

                                              _____

                                              William C. Miller, Esquire
                                              Chapter 13 Standing Trustee