IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Chad M. Archer and | : | Chapter 13 |
| Emily Archer, | : | |
| Debtors | : | No. : 19-16854-mdc |

## ORDER

AND NOW, after review of the Objection filed by Debtor to Proof of Claim No. 3 by Debtoutlet, LLC and any response thereto, and after opportunity for hearing, it is hereby ORDERED that Claim No. 3 filed by Debtoutlet, LLC is hereby disallowed.

BY THE COURT:

*Magdeline D. C_____*    2/18/2020
HONORABLE MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE