United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Chad M Archer
Emily Archer
     Debtors

Case No. 19-16854-mdc
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP                    Page 1 of 1                     Date Rcvd: Feb 19, 2020
                              Form ID: pdf900                Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 21, 2020.
db/jdb          +Chad M Archer,    Emily Archer,   10 Lee Drive,   Pottstown, PA 19464-2354
14430083        +Debtoutlet, LLC,    7954 Transit Rd. #136SE,   Williamsville, NY 14221-4117

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 21, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 19, 2020 at the address(es) listed below:
      JOSEPH L QUINN    on behalf of Debtor Chad M Archer CourtNotices@rqplaw.com
      JOSEPH L QUINN    on behalf of Joint Debtor Emily Archer CourtNotices@rqplaw.com
      MARTIN A. MOONEY    on behalf of Creditor    TD Auto Finance LLC lgadomski@schillerknapp.com,
       kcollins@schillerknapp.com
      REBECCA ANN SOLARZ    on behalf of Creditor    RoundPoint Mortgage Servicing Corporation
       bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                                       TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Chad M. Archer and | : | Chapter 13 |
| Emily Archer, | : | |
| Debtors | : | No. : 19-16854-mdc |

## ORDER

AND NOW, after review of the Objection filed by Debtor to Proof of Claim No. 3 by Debtoutlet, LLC and any response thereto, and after opportunity for hearing, it is hereby ORDERED that Claim No. 3 filed by Debtoutlet, LLC is hereby disallowed.

BY THE COURT:

*Magdeline D. C———*   2/18/2020
HONORABLE MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE