IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Chad M. Archer and | : | Chapter 13 |
| Emily Archer, | : | No. : 19-16854-mdc |
| Debtors | : | |

## CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, Counsel for Debtor, hereby certify that a true and correct copy of Debtors' First Amended Plan dated and docketed on March 4, 2020 has been served upon the following by the means stated:

***Via United States Mail, Postage Prepaid on March 4, 2020:***

George Bechakas, Managing Member
Debtoutlet, LLC
7954 Transit Road #136SE
Williansville, NY 14221

Easy Pay Finance
c/o Duvera Financial
P.O. Box 2549
Carlsbad, CA 92018

Adam Kopp, Auth. Agent
Ally Bank
PO Box 130424
Roseville, MN 55113−0004

Avi Schild, President
Atlas Acquisitions LLC
294 Union Street
Hackensack, NJ 07601

***Via ECF on March 2, 2020:***

Rebecca Ann Solarz, Esquire on behalf of RoundPoint Mortgage Servicing Corporation
bkgroup@kmllawgroup.com

Martin A. Mooney, Esquire on behalf of TD Auto Finance LLC
kcollins@schillerknapp.com, acarmany@schillerknapp.com;bfisher@schillerknapp.com

1

William C. Miller, Esq., Chapter 13 Trustee
ecfemails@ph13trustee.com, philaecf@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

                                          **ROSS, QUINN & PLOPPERT, P.C.**

                             BY:    */s/ Joseph Quinn*_____
                                      Joseph Quinn, Esquire
                                      Attorney I.D. No. 307467
                                      192 S. Hanover Street, Suite 101
                                      Pottstown, PA  19464
                                      T: (610) 323-5300
                                      F: (610) 323-6081
Date: <u>March 4, 2020</u>                   JQuinn@rqplaw.com