UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| CHAD M. ARCHER AND EMILY ARCHER | Chapter 13 |
| fka EMILY ROSE dba AVERY EVER AFTER | Bankruptcy No. 19-16854-MDC |

Debtor.

\* \* \* \* \* \* \*

**PRAECIPE TO WITHDRAW
OBJECTION TO CONFIRMATION**

TD Auto Finance LLC, by its counsel, SCHILLER, KNAPP, LEFKOWITZ & HERTZEL, LLP as and for its Motion to Withdraw Objection to Confirmation, states the following as grounds therefor:

1.　TD Auto Finance LLC is a secured creditor arising from the debtor's pre-petition purchase of a 2013 BMW 328i and filed an Objection to Confirmation on or about December 11, 2019.

2.　Since the filing of the Objection, the debtor has filed an Amended Plan that satisfies TD Auto Finance LLC's objection and renders it moot. Based upon the filing of the Amended Plan, we hereby seek to withdraw the objection.

WHEREFORE, TD Auto Finance LLC respectfully requests that this objection be withdrawn from this calendar at this time.

DATED: March 10, 2020　　　TD Auto Finance LLC

By Its Counsel

　/s/Martin A. Mooney, Esq._____
Martin A Mooney, Esq. BBO No. BBO#632599
SCHILLER, KNAPP,
LEFKOWITZ & HERTZEL, LLP
Office and P.O. Address:
950 New Loudon Road, Suite 109
Latham, New York 12110
Tel.: (518) 786-9069
E-Mail: MMooney@schillerknapp.com