# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Emily Archer fka Emily Rose dba Avery Ever After<br>　　　Chad M. Archer<br>　　　　　　　　Debtor(s) | CHAPTER 13 |
| RoundPoint Mortgage Servicing Corporation, its successors and/or assigns<br>　　　　　　　　Movant<br>　　　vs.<br><br>Emily Archer fka Emily Rose dba Avery Ever After<br>Chad M. Archer<br>　　　　　　　　Debtor(s)<br><br>William C. Miller Esq.<br>　　　　　　　　Trustee | NO. 19-16854 MDC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

　Kindly withdraw the Objection to Confirmation of RoundPoint Mortgage Servicing Corporation, which was filed with the Court on or about **January 16, 2020, Docket number 23**.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　By: **/s/ Rebecca A. Solarz, Esquire**
　　　　　　　　　　　　　　Rebecca A. Solarz, Esquire
　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　215-627-1322
　　　　　　　　　　　　　　Attorney for Movant/Applicant

March 10, 2020