Certificate Number: 05781-PAE-DE-034344860

Bankruptcy Case Number: 19-16854



05781-PAE-DE-034344860

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 15, 2020, at 10:00 o'clock AM PDT, Chad Archer completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   April 15, 2020            By:   /s/Allison M Geving

                                  Name: Allison M Geving

                                  Title: President