IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Chad M. Archer and Emily Archer, | : | Chapter 13 |
| Debtors | : | Bankruptcy No.: 19-16854-mdc |

****************
**Hearing to be Held:**
**Date:** **January 5, 2021**
**Time:** **10:30 AM**
**Place:** **United States Bankruptcy Court, 2nd Floor**
**Courtroom #2**
**Robert N.C. Nix Sr. Federal Courthouse**
**900 Market Street**
**Philadelphia, PA 19107**
****************

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

Chad M. Archer, Debtor, by and through counsel at Ross, Quinn & Ploppert, P.C., has filed a Motion to Incur Debt.

**YOUR RIGHTS MAY BE AFFECTED.  YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE.  (IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT AN ATTORNEY.)**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before December 17, 2020, you or your attorney must do ALL of the following:

    (a). file an answer explaining your position at:

    **United States Bankruptcy Court**
    **Robert N.C. Nix Sr. Federal Courthouse**
    **900 Market Street, Suite 400**
    **Philadelphia, PA 19107**

    (b). If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and mail a copy to movant:

    Joseph Quinn, Esquire
    Ross, Quinn & Ploppert, P.C.
    192 S. Hanover St., Suite 101
    Pottstown, PA  19464

1

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief in the motion.

3. A hearing on the motion is scheduled to be held before the Honorable Magdeline D. Coleman, Chief United States Bankruptcy Judge on January 5, 2021 at 10:30 A.M., in:

> **United States Bankruptcy Court**
> **Courtroom #2, 2nd Floor**
> **Robert N.C. Nix Sr. Federal Courthouse**
> **900 Market Street**
> **Philadelphia, PA 19107**

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you are on the Clerk's Service List and you request a copy from the attorney named in paragraph 1(b).

5. You may contact the bankruptcy clerk's office at 215-408-2800 to find out whether the hearing has been cancelled because no one filed an answer.

**ROSS, QUINN & PLOPPERT, P.C.**

By: */s/ Joseph Quinn*
Joseph Quinn, Esquire
Attorney I.D. 307467
192 S. Hanover St., Suite 101
Pottstown, PA 19464
Ph: (610) 323-5300
F: (610) 323-6081

Dated: November 27, 2020

2