IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Chad M. Archer and Emily Archer,   :        Chapter 13
                Debtors          :        Bankruptcy No.: 19-16854-mdc

CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, attorney for Debtor hereby certify that a true and correct copy of Debtor Chad Archer's Motion to Incur Debt along with Notice of Motion, was forwarded to the following parties, as follows:

*Via First Class Mail, Postage Pre-Paid on November 27, 2020:*

George Bechakas, Managing Member
Debtoutlet, LLC
7954 Transit Road #136SE
Williansville, NY 14221

Easy Pay Finance
c/o Duvera Financial
P.O. Box 2549
Carlsbad, CA 92018

Adam Kopp, Auth. Agent
Ally Bank
PO Box 130424
Roseville, MN 55113−0004

Avi Schild, President
Atlas Acquisitions LLC
294 Union Street
Hackensack, NJ 07601

All other creditors not otherwise notified electronically listed on the mailing matrix.

*Via Electronic Filing (ECF) on November 27, 2020:*

William C. Miller, Esq., Chapter 13 Trustee
ecfemails@ph13trustee.com, philaecf@gmail.com

Martin A. Mooney on behalf of Creditor TD Auto Finance LLC
lgadomski@schillerknapp.com, kcollins@schillerknapp.com

Rebecca Ann Solarz on behalf of Creditor RoundPoint Mortgage Servicing Corporation
bkgroup@kmllawgroup.com

1

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

                                **ROSS, QUINN & PLOPPERT, P.C.**

                    By:    */s/ Joseph Quinn*
                             Joseph Quinn, Esquire
                             Attorney I.D. No. 307467
                             192 S. Hanover St., Suite 101
                             Pottstown, PA 19464
                             T: 610.323.5300
                             F: 610.323.6081
                             JQuinn@rqplaw.com
Date:  November 27, 2020          Counsel for Debtors