**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Chad M. Archer                                                CHAPTER 13
        Emily Archer   fka Emily Rose
dba Avery Ever After                                                 BKY. NO. 19-16854 MDC
                Debtor(s)

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of FREEDOM MORTGAGE CORPORATION and index same on the master mailing list.

                          Respectfully submitted,



Rebecca Solarz
16 Dec 2020, 13:35:58, EST

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322