IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Chad M. Archer and Emily Archer,  :  Chapter 13
                Debtors        :  Bankruptcy No.: 19-16854-mdc

## CERTIFICATE OF NO RESPONSE

The undersigned does hereby certify:

1. That I am the attorney for Chad M. Archer and Emily Archer, Debtors in the above- captioned matter.

2. That a Motion to Incur Mortgage Debt was filed with this Court on November 27, 2020.

3. That a copy of the Motion and Notice of Motion was served upon parties in interest on November 27, 2020.

4. A certificate of service was filed with the Court on November 27, 2020 declaring timely service to the above-referenced parties.

5. A response deadline was set as December 17, 2020.

6. No response to said Motion has been received as of January 4, 2021.

Respectfully Submitted,

**ROSS, QUINN & PLOPPERT, P.C.**

By: */s/ Joseph L. Quinn,*
    Joseph L. Quinn,
    Esquire Attorney for
    Debtor
    192 S Hanover Street, Suite 101
    Pottstown, PA 19464
    Ph: (610) 323-5300

Dated: January 4, 2021