IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Chad M. Archer and Emily Archer, | : | Chapter 13 |
| Debtors | : | Bankruptcy No.: 19-16854-mdc |

## **ORDER**

AND NOW, after review of Debtor's Chad M. Archer's motion to incur mortgage debt with Freedom Mortgage Corporation, and after opportunity for hearing, if any, it is hereby ORDERED that the Debtor's motion to incur debt to refinance the property known as 10 Lee Drive, Pottstown, PA 19464 is GRANTED.

BY THE COURT:

January 6, 2021

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE