IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Emily Archer fka Emily Rose dba Avery Ever After<br>　　　Chad M. Archer<br>　　　　　　　　　　Debtor(s) | Chapter 13 |
| FREEDOM MORTGAGE CORPORATION<br>　　　　　v.<br>Emily Archer fka Emily Rose dba Avery Ever After<br>Chad M. Archer<br>　　　　　and<br>William C. Miller Esq.<br>　　　　　　　Trustee | NO. 19-16854 MDC |

## ORDER

AND NOW, this 10th day of March, 2021 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on March 16, 2020 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow FREEDOM MORTGAGE CORPORATION and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 10 Lee Drive Pottstown, PA 19464.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_Magdeline D. Coleman_
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

cc: See attached service list

Emily Archer fka Emily Rose dba Avery Ever After
10 Lee Drive
Pottstown, PA 19464

Chad M. Archer
10 Lee Drive
Pottstown, PA 19464

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

Joseph L. Quinn
Ross, Quinn & Ploppert, P.C.
192 South Hanover Street, Suite 101
Pottstown, PA 19464

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532