**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Emily Archer fka Emily Rose dba Avery Ever After<br>　　　　Chad M. Archer<br>　　　　　　　　　Debtor(s) | CHAPTER 13 |
| FREEDOM MORTGAGE CORPORATION, its successors and/or assigns<br>　　　　　　　　　Movant<br>　　vs. | NO. 19-16854 MDC |
| Emily Archer fka Emily Rose dba Avery Ever After<br>Chad M. Archer<br>　　　　　　　　　Debtor(s) | 11 U.S.C. Section 362 |
| William C. Miller Esq.<br>　　　　　　　　　Trustee | |

# ORDER

AND NOW, this  16th  day of  March , 2021 upon the filing of a Certification of Default by the Movant and Movant filing a Praecipe to Withdraw said Certification of Default, it is ORDERED AND DECREED that:

The Order entered on March 10, 2021 is hereby vacated, and the Automatic Stay remains in effect as to Freedom Mortgagor Corporation and the premises located at 10 Lee Drive, Pottstown, PA 19464.

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge