**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

          Chapter 13

          Bankruptcy No. 19-16854-MDC

CHAD M ARCHER
EMILY ARCHER
10 LEE DRIVE

POTTSTOWN, PA 19464-

    Debtor

## CERTIFICATE OF SERVICE

    **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    CHAD M ARCHER
    EMILY ARCHER
    10 LEE DRIVE

    POTTSTOWN, PA 19464-

Counsel for debtor(s), by electronic notice only.

    JOSEPH L QUINN, ESQ
    ROSS, QUINN, & PLOPPERT, P.C.
    192 S. HANOVER ST., STE #101
    POTTSTOWN, PA 19464-

                                                        /S/ William C. Miller

Date: 5/21/2021                                        _____

                                                        William C. Miller, Esquire
                                                        Chapter 13 Standing Trustee