# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 19-16854-MDC

CHAD M ARCHER
EMILY ARCHER
10 LEE DRIVE

POTTSTOWN, PA 19464-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    CHAD M ARCHER
    EMILY ARCHER
    10 LEE DRIVE

    POTTSTOWN, PA 19464-

Counsel for debtor(s), by electronic notice only.

    JOSEPH L QUINN, ESQ
    ROSS, QUINN, & PLOPPERT, P.C.
    192 S. HANOVER ST., STE #101
    POTTSTOWN, PA 19464-

Date: 11/8/2021

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee