# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 19-16854-MDC

CHAD M ARCHER
EMILY ARCHER
10 LEE DRIVE

POTTSTOWN, PA 19464-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    CHAD M ARCHER
    EMILY ARCHER
    10 LEE DRIVE

    POTTSTOWN, PA 19464-

Counsel for debtor(s), by electronic notice only.

    ROSS, QUINN & PLOPPERT, P.C.
    192 S. HANOVER STREET, SUITE 101

    POTTSTOWN, PA 19464-

                                        /S/ Kenneth E. West

Date: 10/12/2022                              _____

                                                Kenneth E. West, Esquire
                                                Chapter 13 Standing Trustee