*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Chad M Archer and Emily Archer
    Debtor(s)

Case No: 19–16854–mdc

Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

Response to Certification of Default filed by Creditor FREEDOM MORTGAGE CORPORATION

    on: 11/7/23

    at: 10:30 AM

    in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

Date:  10/5/23

For The Court

Timothy B. McGrath
Clerk of Court

127 – 126
Form 167