United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-16854-mdc |
| Chad M Archer | Chapter 13 |
| Emily Archer | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Oct 05, 2023 | Form ID: 167 | Total Noticed: 47 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 07, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Chad M Archer, Emily Archer, 10 Lee Drive, Pottstown, PA 19464-2354 |
| 14430083 | + | Debtoutlet, LLC, 7954 Transit Rd. #136SE, Williamsville, NY 14221-4117 |
| 14648011 | + | Freedom Mortgage Corporation, C/O Andrew Spivack, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Suite 130 Mount Laurel, NJ 08054-1218 |
| 14648231 | + | Freedom Mortgage Corporation, c/o Andrew Spivack, Brock and Scott, PLLC, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054-1218 |
| 14570094 | + | Freedom Mortgage Corporation, c/o Rebecca Solarz,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14447450 | + | Ross, Quinn & Ploppert, P.C., 192 S. Hanover Street, Suite 101, Pottstown, PA 19464-6096 |
| 14446753 | | RoundPoint Mortgage Servicing Corporation, 446 Wrenplace Road, Fort Mill, SC 29715 Charlotte, NC 28219- |
| 14416675 | + | RoundPoint Mortgage Servicing Corporation, CO Rebecca A. Solarz, Esq, KML Law Group, 701 Market Street Suite 5000, Philadelphia PA 19106-1541 |
| 14450062 | + | TD Auto Finance LLC, c/o Schiller Knapp Lefkowitz, & Hertzel LLP, 950 New Loudon Road, Latham New York 12110-2190 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 06 2023 00:32:12 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14446741 | | Email/Text: bnc@atlasacq.com | Oct 06 2023 00:31:00 | Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601 |
| 14552476 | | Email/Text: bnc@atlasacq.com | Oct 06 2023 00:31:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 14414708 | + | Email/Text: backoffice@affirm.com | Oct 06 2023 00:31:00 | Affirm Inc, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 14446459 | | Email/Text: ally@ebn.phinsolutions.com | Oct 06 2023 00:31:00 | Ally Bank, PO Box 130424, Roseville, MN 55113-0004 |
| 14620344 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 06 2023 00:32:11 | Ally Bank, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14620571 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 06 2023 00:32:12 | Ally Capital Department, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14414709 | + | Email/Text: ally@ebn.phinsolutions.com | Oct 06 2023 00:31:00 | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 14437171 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 06 2023 00:31:43 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14414710 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Oct 05, 2023 | Form ID: 167 | Total Noticed: 47 |

| | | | | |
|---|---|---|---|---|
| | | | Oct 06 2023 00:31:45 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14443121 | | Email/PDF: bncnotices@becket-lee.com | | |
| | | | Oct 06 2023 00:32:13 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14414711 | + | Email/PDF: creditonebknotifications@resurgent.com | | |
| | | | Oct 06 2023 00:32:03 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 14420199 | | Email/Text: mrdiscen@discover.com | | |
| | | | Oct 06 2023 00:31:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14414712 | + | Email/Text: mrdiscen@discover.com | | |
| | | | Oct 06 2023 00:31:00 | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 14414713 | | Email/Text: operationsclerk@easypayfinance.com | | |
| | | | Oct 06 2023 00:30:00 | Easypay/dvra, 3220 Executive Ridge, Vista, CA 92081 |
| 14570003 | ^ | MEBN | | |
| | | | Oct 06 2023 00:26:38 | FREEDOM MORTGAGE CORPORATION, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14648012 | + | Email/Text: Bankruptcy@Freedommortgage.com | | |
| | | | Oct 06 2023 00:31:00 | Freedom Mortgage, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 14571040 | | Email/Text: Bankruptcy@Freedommortgage.com | | |
| | | | Oct 06 2023 00:31:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 14414714 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | | |
| | | | Oct 06 2023 00:31:00 | Gm Financial, Po Box 1181145, Arlington, TX 76096 |
| 14447307 | | Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | | Oct 06 2023 00:31:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14414716 | | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | | Oct 06 2023 00:31:44 | Jpmcb Card, Po Box 15298, Wilmington, DE 19850 |
| 14414715 | | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | | Oct 06 2023 00:31:44 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850 |
| 14429459 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | | |
| | | | Oct 06 2023 00:31:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14414717 | + | Email/Text: PBNCNotifications@peritusservices.com | | |
| | | | Oct 06 2023 00:31:00 | Kohls/capone, Po Box 3115, Milwaukee, WI 53201-3115 |
| 14747338 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Oct 06 2023 00:32:12 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14448687 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Oct 06 2023 00:31:44 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14441008 | + | Email/Text: ecfbankruptcy@progleasing.com | | |
| | | | Oct 06 2023 00:31:00 | NPRTO North-East, LLC, 256 West Data Drive, Draper, UT 84020-2315 |
| 14437122 | | Email/PDF: cbp@omf.com | | |
| | | | Oct 06 2023 00:32:00 | ONEMAIN, PO BOX 3251, EVANSVILLE, IN. 47731-3251 |
| 14414718 | + | Email/PDF: cbp@omf.com | | |
| | | | Oct 06 2023 00:32:00 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 14414719 | ^ | MEBN | | |
| | | | Oct 06 2023 00:26:28 | Roundpoint Mortgage, Po Box 19409, Charlotte, NC 28219-9409 |
| 14414721 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Oct 06 2023 00:31:59 | Syncb/netwrk, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14449346 | + | Email/Text: bncmail@w-legal.com | | |
| | | | Oct 06 2023 00:31:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14684745 | + | Email/Text: bncgeneral@evanspetree.com | | |
| | | | Oct 06 2023 00:31:00 | TD Bank, N.A., successor in interest to TD Auto Fi, c/o Jacob Zweig, Esq., Evans Petree,PC, 1715 Aaron Brenner Drive, Suite 800, Memphis, TN 38120-1445 |

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 05, 2023 | Form ID: 167 | Total Noticed: 47 |

| | | | | | |
|---|---|---|---|---|---|
| 14414722 | + | Email/Text: jaxbanko@td.com | | Oct 06 2023 00:30:00 | Td Auto Finance, Po Box 9223, Farmington, MI 48333-9223 |
| 14414723 | + | Email/Text: bncmail@w-legal.com | | Oct 06 2023 00:31:00 | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 14414724 | + | Email/Text: documentfiling@lciinc.com | | Oct 06 2023 00:31:00 | Telecom Self-reported, Po Box 4500, Allen, TX 75013-1311 |
| 14447955 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | Oct 06 2023 00:31:43 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14414726 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | Oct 06 2023 00:31:43 | Wf Bank Na, Po Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 38

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | TD Bank, N.A., successor in interest to TD Auto Fi |
| 14414720 | | Southwest Vacations |
| 14414725 | | Uplift |
| cr | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601 |
| cr | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| cr | * | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14648232 | *+ | Freedom Mortgage, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 14430957 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

TOTAL: 3 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 07, 2023     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 5, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor FREEDOM MORTGAGE CORPORATION andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor RoundPoint Mortgage Servicing Corporation bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |

| | | | |
|---|---|---|---|
| District/off: 0313-2 | User: admin | | Page 4 of 4 |
| Date Rcvd: Oct 05, 2023 | Form ID: 167 | | Total Noticed: 47 |

JOSEPH L QUINN
    on behalf of Debtor Chad M Archer CourtNotices@rqplaw.com

JOSEPH L QUINN
    on behalf of Joint Debtor Emily Archer CourtNotices@rqplaw.com

KENNETH E. WEST
    ecfemails@ph13trustee.com philaecf@gmail.com

MARK A. CRONIN
    on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com

MARTIN A. MOONEY
    on behalf of Creditor TD Auto Finance LLC Martin.Mooney@ag.ny.gov kcollins@schillerknapp.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Chad M Archer and Emily Archer

Debtor(s)

Case No: 19−16854−mdc

Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

Response to Certification of Default filed by Creditor FREEDOM MORTGAGE CORPORATION

on: 11/7/23

at: 10:30 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 10/5/23

Timothy B. McGrath
Clerk of Court

127 − 126
Form 167