IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Emily Archer fka Emily Rose dba Avery Ever After<br>          Chad M Archer<br>                              Debtor(s) | CHAPTER 13 |
| Freedom Mortgage Corporation<br>                              Movant<br>          vs. | NO. 19-16854 MDC |
| Emily Archer fka Emily Rose dba Avery Ever After<br>Chad M Archer<br>                              Debtor(s) | 11 U.S.C. Sections 362 |
| Kenneth E. West Esq.<br>                              Trustee | |

## ORDER

AND NOW, this  4th  day of January, 2024 ~~2023~~ it is hereby **ORDERED** that if _Chad M. Archer_ (the "Debtor(s)") and _Freedom Mortgage Corporation_ ("Mortgagee") elect to enter into the proposed loan modification under the terms proposed by the Mortgagee, the Debtor(s) and Mortgagee may do so without there being any violation of the bankruptcy stay, or the provisions of USC § 362.

_Magdeline D. Coleman_
_____
Magdeline D. Coleman
United States Bankruptcy Judge