United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                    Case No. 19-16854-mdc

Chad M Archer                                                             Chapter 13

Emily Archer

     Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 05, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol          Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 07, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Chad M Archer, Emily Archer, 10 Lee Drive, Pottstown, PA 19464-2354 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 07, 2024                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 5, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor FREEDOM MORTGAGE CORPORATION andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor RoundPoint Mortgage Servicing Corporation bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Lower Pottsgrove Township jwood@portnoffonline.com  jwood@ecf.inforuptcy.com |
| JOSEPH L QUINN | on behalf of Joint Debtor Emily Archer CourtNotices@rqplaw.com |

District/off: 0313-2    User: admin    Page 2 of 2

Date Rcvd: Jan 05, 2024    Form ID: pdf900    Total Noticed: 1

JOSEPH L QUINN
            on behalf of Debtor Chad M Archer CourtNotices@rqplaw.com

KENNETH E. WEST
            ecfemails@ph13trustee.com  philaecf@gmail.com

MARK A. CRONIN
            on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com

MARTIN A. MOONEY
            on behalf of Creditor TD Auto Finance LLC Martin.Mooney@ag.ny.gov  kcollins@schillerknapp.com

United States Trustee
            USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 10

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Emily Archer fka Emily Rose dba Avery Ever After | CHAPTER 13 |
|      Chad M Archer | |
|              Debtor(s) | |
| | |
| Freedom Mortgage Corporation | |
|              Movant | NO. 19-16854 MDC |
|      vs. | |
| | |
| Emily Archer fka Emily Rose dba Avery Ever After Chad M Archer | |
|              Debtor(s) | 11 U.S.C. Sections 362 |
| | |
| Kenneth E. West Esq. | |
|              Trustee | |

## ORDER

AND NOW, this 4th day of January, 2024 it is hereby **ORDERED** that if _Chad M. Archer_ (the "Debtor(s)") and _Freedom Mortgage Corporation_ ("Mortgagee") elect to enter into the proposed loan modification under the terms proposed by the Mortgagee, the Debtor(s) and Mortgagee may do so without there being any violation of the bankruptcy stay, or the provisions of USC § 362.

_Magdeline D. Coleman_

Magdeline D. Coleman
United States Bankruptcy Judge