United States Bankruptcy Court

Eastern District of Pennsylvania

In re:    Case No. 19-16854-amc
Chad M Archer    Chapter 13
Emily Archer
    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Jan 03, 2025 | Form ID: 138OBJ | Total Noticed: 52 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 05, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Chad M Archer, Emily Archer, 10 Lee Drive, Pottstown, PA 19464-2354 |
| 14430083 | + | Debtoutlet, LLC, 7954 Transit Rd. #136SE, Williamsville, NY 14221-4117 |
| 14648011 | + | Freedom Mortgage Corporation, C/O Andrew Spivack, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Suite 130 Mount Laurel, NJ 08054-1218 |
| 14648231 | + | Freedom Mortgage Corporation, c/o Andrew Spivack, Brock and Scott, PLLC, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054-1218 |
| 14570094 | + | Freedom Mortgage Corporation, c/o Rebecca Solarz,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14828442 | + | Lower Pottsgrove Township, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14828610 | + | Lower Pottsgrove Township, c/o James R. Wood, Esquire, Portnoff Law Associates, Ltd., 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14828441 | + | Lower Pottsgrove Township, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14447450 | + | Ross, Quinn & Ploppert, P.C., 192 S. Hanover Street, Suite 101, Pottstown, PA 19464-6096 |
| 14446753 | | RoundPoint Mortgage Servicing Corporation, 446 Wrenplace Road, Fort Mill, SC 29715 Charlotte, NC 28219- |
| 14416675 | + | RoundPoint Mortgage Servicing Corporation, CO Rebecca A. Solarz, Esq, KML Law Group, 701 Market Street Suite 5000, Philadelphia PA 19106-1541 |
| 14450062 | + | TD Auto Finance LLC, c/o Schiller Knapp Lefkowitz, & Hertzel LLP, 950 New Loudon Road, Latham New York 12110-2190 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 03 2025 23:43:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 03 2025 23:43:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14446741 | | Email/Text: bnc@atlasacq.com | Jan 03 2025 23:43:00 | Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601 |
| 14552476 | | Email/Text: bnc@atlasacq.com | Jan 03 2025 23:43:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 14414708 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jan 03 2025 23:54:16 | Affirm Inc, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 14446459 | | Email/Text: ally@ebn.phinsolutions.com | Jan 03 2025 23:43:00 | Ally Bank, PO Box 130424, Roseville, MN 55113-0004 |
| 14620344 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 03 2025 23:52:38 | Ally Bank, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14620571 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 03 2025 23:41:23 | Ally Capital Department, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

Case 19-16854-amc   Doc 160   Filed 01/05/25   Entered 01/06/25 00:34:43   Desc
Imaged Certificate of Notice   Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 03, 2025 | Form ID: 138OBJ | Total Noticed: 52 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14414709 | + | Email/Text: ally@ebn.phinsolutions.com | Jan 03 2025 23:43:00 | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 14437171 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 03 2025 23:40:17 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14414710 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 03 2025 23:53:00 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14443121 | | Email/PDF: bncnotices@becket-lee.com | Jan 03 2025 23:52:36 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14414711 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 03 2025 23:52:24 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 14420199 | | Email/Text: mrdiscen@discover.com | Jan 03 2025 23:43:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14414712 | + | Email/Text: mrdiscen@discover.com | Jan 03 2025 23:43:00 | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 14414713 | | Email/Text: operationsclerk@easypayfinance.com | Jan 03 2025 23:43:00 | Easypay/dvra, 3220 Executive Ridge, Vista, CA 92081 |
| 14570003 | ^ | MEBN | Jan 03 2025 23:34:55 | FREEDOM MORTGAGE CORPORATION, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14648012 | + | Email/Text: Bankruptcy@Freedommortgage.com | Jan 03 2025 23:43:00 | Freedom Mortgage, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 14571040 | | Email/Text: Bankruptcy@Freedommortgage.com | Jan 03 2025 23:43:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 14918743 | + | Email/Text: Bankruptcy@Freedommortgage.com | Jan 03 2025 23:43:00 | Freedom Mortgage Corporation, 11988 Exit 5 Parkway, Building 4, Fishers, IN 46037-7939 |
| 14414714 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 03 2025 23:43:00 | Gm Financial, Po Box 1181145, Arlington, TX 76096 |
| 14447307 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 03 2025 23:43:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14414716 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 03 2025 23:41:19 | Jpmcb Card, Po Box 15298, Wilmington, DE 19850 |
| 14414715 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 03 2025 23:41:13 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850 |
| 14429459 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jan 03 2025 23:43:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14414717 | + | Email/Text: PBNCNotifications@peritusservices.com | Jan 03 2025 23:43:00 | Kohls/capone, Po Box 3115, Milwaukee, WI 53201-3115 |
| 14747338 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 03 2025 23:53:44 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14448687 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 03 2025 23:41:18 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14441008 | + | Email/Text: ecfbankruptcy@progleasing.com | Jan 03 2025 23:43:00 | NPRTO North-East, LLC, 256 West Data Drive, Draper, UT 84020-2315 |
| 14437122 | | Email/PDF: cbp@omf.com | Jan 03 2025 23:41:21 | ONEMAIN, PO BOX 3251, EVANSVILLE, IN. 47731-3251 |
| 14414718 | + | Email/PDF: cbp@omf.com | Jan 03 2025 23:40:11 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 14414719 | ^ | MEBN | Jan 03 2025 23:34:53 | Roundpoint Mortgage, Po Box 19409, Charlotte, NC 28219-9409 |
| 14414721 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 03, 2025 | Form ID: 138OBJ | Total Noticed: 52 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jan 03 2025 23:52:43 | Syncb/netwrk, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14449346 | + | Email/Text: bncmail@w-legal.com | Jan 03 2025 23:43:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14684745 | + | Email/Text: bncgeneral@evanspetree.com | Jan 03 2025 23:43:00 | TD Bank, N.A., successor in interest to TD Auto Fi, c/o Jacob Zweig, Esq., Evans Petree,PC, 1715 Aaron Brenner Drive, Suite 800, Memphis, TN 38120-1445 |
| 14414722 | + | Email/Text: jaxbanko@td.com | Jan 03 2025 23:43:00 | Td Auto Finance, Po Box 9223, Farmington, MI 48333-9223 |
| 14414723 | + | Email/Text: bncmail@w-legal.com | Jan 03 2025 23:43:00 | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 14414724 | ^ | MEBN | Jan 03 2025 23:35:03 | Telecom Self-reported, Po Box 4500, Allen, TX 75013-1311 |
| 14447955 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 03 2025 23:40:11 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14414726 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 03 2025 23:41:15 | Wf Bank Na, Po Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14414720 | | Southwest Vacations |
| 14414725 | | Uplift |
| 14648232 | *+ | Freedom Mortgage, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 14430957 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 05, 2025                          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 3, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor FREEDOM MORTGAGE CORPORATION andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| DENISE ELIZABETH CARLON | |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Jan 03, 2025 | Form ID: 138OBJ | Total Noticed: 52 |

    on behalf of Creditor RoundPoint Mortgage Servicing Corporation bkgroup@kmllawgroup.com

DENISE ELIZABETH CARLON
    on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com

JAMES RANDOLPH WOOD
    on behalf of Creditor Lower Pottsgrove Township jwood@portnoffonline.com jwood@ecf.inforuptcy.com

JOSEPH L QUINN
    on behalf of Debtor Chad M Archer CourtNotices@rqplaw.com

JOSEPH L QUINN
    on behalf of Joint Debtor Emily Archer CourtNotices@rqplaw.com

KENNETH E. WEST
    ecfemails@ph13trustee.com philaecf@gmail.com

MARTIN A. MOONEY
    on behalf of Creditor TD Auto Finance LLC Martin.Mooney@ag.ny.gov kcollins@schillerknapp.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

*Form 138OBJ* (6/24)−doc 159 − 157

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
  Chad M Archer ) Case No. 19−16854−amc
)
)
  Emily Archer ) Chapter: 13
  dba Avery Ever After )
  fka Emily Rose )
  Debtor(s).

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

            Eastern District of Pennsylvania
            900 Market Street
            Suite 400
            Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: January 3, 2025                                                                        For The Court

                                                                                            Timothy B. McGrath
                                                                                            Clerk of Court